No. 211. E. C. EDDY, AS TREASURER, ETC., ET AL. *v.* FIRST NATIONAL BANK OF FARGO. Appeal from the Circuit Court of Appeals for the Eighth Circuit. October 3, 1922. Dismissed with costs, per stipulation. *Mr. Geo. E. Wallace* and *Mr. C. L. Young* for appellants. *Mr. John F. Callahan* for appellee.

_____

No. 254. WORLD PUBLISHING COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. October 3, 1922. Dismissed, per stipulation. *Mr. Karl K. Gartner* for appellant. *The Attorney General* for the United States.

_____

No. 390. NEW ORLEANS & NORTHEASTERN RAILROAD COMPANY ET AL. *v.* THOMAS E. BEARD. On petition for a writ of certiorari to the Supreme Court of the State of Mississippi. October 3, 1922. Dismissed, on motion of counsel for petitioners. *Mr. H. O'B. Cooper* for petitioners. *Mr. N. T. Currie* and *Mr. J. W. Cassedy* for respondent.

_____

No. 525. WILLIAM S. FLEMING *v.* UNITED STATES. On petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. October 3, 1922. Dismissed, on motion of counsel for petitioner. *Mr. Andrew F. Burke* for petitioner. *The Attorney General* for the United States.

_____

No. 28. ROYAL BAKING POWDER COMPANY *v.* GEORGE W. EMERSON, PROSECUTING ATTORNEY, ETC. Appeal from the Circuit Court of Appeals for the Eighth Circuit. October 6, 1922. Dismissed with costs, on motion of counsel for appellant. *Mr. Samuel W. Fordyce, Mr. Bennett C. Clark* and *Mr. Archibald Cox* for appellant. *Mr. James L. Hopkins* for appellee.